# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Kevin Bernard Wilson,<br><br>        Defendant. | No. CR-21-02898-003-TUC-RM (BGM)<br><br>**ORDER** |

On March 6, 2025, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R"), recommending that this Court find Defendant Kevin Bernard Wilson violated Special Condition No. 2 of his supervised release. (Doc. 202.) Defendant filed an Objection. (Doc. 204.)

## I.    Background

On June 2, 2022, this Court sentenced Defendant to an 18-month term of imprisonment followed by a 3-year term of supervised release for the felony offense of Conspiracy to Transport Illegal Aliens for Profit. (Doc. 124.) Defendant admitted to a violation of his supervised release (Doc. 155), and on July 11, 2024, this Court sentenced him to a 5-month term of imprisonment followed by a 2-year term of supervised release (Doc. 166). Special Condition No. 2 of Defendant's supervised release states:

> You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officers.

(Doc. 166 at 3.)

The pending Petition to Revoke Supervised Release was filed on December 12, 2024, alleging two violations of Defendant's conditions of supervision.  (Doc. 171.) Allegation A of the Petition was dismissed on the Government's Motion.  (Docs. 196, 197.)  On March 4, 2025, Magistrate Judge Macdonald held an evidentiary hearing with respect to Allegation B of the Petition, which alleges that Defendant violated Special Condition No. 2 of his supervised release by failing to submit to random urinalysis drug testing on four occasions.  (Docs. 171, 198.)  Magistrate Judge Macdonald subsequently issued the pending R&R, finding that Defendant violated Special Condition No. by failing to report for urinalysis testing on August 26, 2024; September 6, 2024; October 8, 2024; and November 18, 2024.  (Doc. 202 at 4-5.)

**II.     Standard of Review**

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation").

**III.    Discussion**

Defendant does not dispute in his Objection to the R&R that he failed to report for urinalysis testing on the four occasions at issue.  (*See* Doc. 204.)  Defendant explains the reasons why he failed to report; he notes that he submitted to urinalysis testing on multiple other occasions and that he offered to come into the probation office for testing following the missed tests; and he highlights his efforts to comply with other conditions of his supervised release, including his full-time enrollment in a professional truck driver program and his participation in relapse prevention classes.  (*See id.*)

The Court commends Defendant for his efforts to comply with other conditions of his supervised release, but Defendant's Objection does not undermine the R&R's findings that Defendant violated Special Condition No. 2 of his supervised release by failing to report for urinalysis testing on four occasions.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Macdonald's Report and Recommendation (Doc. 202) is **accepted and adopted in full**, and Defendant's Objection (Doc. 204) is **overruled**. This Court finds that Defendant violated Special Condition No. 2 of his supervised release by failing to report for urinalysis testing on August 26, 2024; September 6, 2024; October 8, 2024; and November 18, 2024.

**IT IS FURTHER ORDERED** that a final disposition hearing is set for **May 7, 2025, at 10:30 a.m.**, before the Honorable Rosemary Márquez, in Courtroom 5A of the United States District Court for the District of Arizona, Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, AZ 85701.

Dated this 26th day of March, 2025.

_____
Honorable Rosemary Márquez
United States District Judge